# *Exhibit A*

## *Statement of Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

MOTOCICLO S.A.                                        Chapter 15

    Debtor in a Foreign Proceeding.          Case No.:
_____/

**DECLARATION OF DANIEL GERMAN IN SUPPORT OF**
**CHAPTER 15 PETITION FOR RECOGNITION OF A FOREIGN PROCEEDING**

    I, Daniel Germán, hereby declare under penalty of perjury under the laws of the United

States as follows:

    1.    I am over the age of 18 and I am competent to make this Declaration. All statements

contained herein are true and correct to the best of my knowledge and belief, my review of the

relevant documents, and from conversations with relevant personnel. If called upon, I could testify

as to all matters set forth in this Declaration based upon my own personal knowledge, except for

those portions specified as being otherwise.

    2.    As the representative of the court-appointed liquidator of Motociclo, S.A.

("Motociclo"), I hereby submit this Declaration in support of the Chapter 15 Petition for

Recognition of a Foreign Proceeding (the "Petition") and the Motion for Order Granting

Recognition of Foreign Main Proceeding Pursuant to §§ 1515 and 1517 of the Bankruptcy Code

(the "Motion for Recognition"), seeking entry of an order granting (i) recognition of the Motociclo

bankruptcy proceeding as a "foreign main proceeding" pursuant to section 1517 of the Bankruptcy

Code; (ii) related relief under sections 1520 and 1521; and (iii) other applicable relief under the

Bankruptcy Code.



3.     Motociclo S.A. is a bearer shares company organized under the laws of Uruguay on September 27, 1960.

4.     Motociclo has two shareholders: Leonardo Rozenblum holds 81.3% of Motociclo's shares and Fabian Rozenblum Gorel holds the remaining 18.7% shares.

5.     The two shareholders are also the sole members of Motociclo's board of directors. At a shareholders' meeting on April 14, 2006, Leonardo Rozenblum was appointed President and Fabian Rozenblum was appointed Vice-President of Motociclo, and their appointments were recorded in the National Registry of Commerce (No. 27.686) on December 15, 2006.

6.     Initially, the main business of Motociclo was the import and manufacture of bicycles, motorcycles, and spare parts for wholesale and retail sale. Later, in the mid-1990s, Motociclo focused on the manufacture and export of bicycles, mainly to Argentina. Later, its activity was extended to new areas such as the importation and sale of electrical appliances, gymnastic equipment, gardening tools and equipment, and children's products. This restructuring was accompanied by the opening of new stores in all 19 departments in Uruguay. In 2008 a new business unit was added, "MOTOCICLO SPORT", specialized in cycling and running.



7.     Motociclo experienced a sustained decline in sales since 2012, exacerbated by a contraction of the financial market in Uruguay in 2013, which led to a reduction in working capital, the restructuring of the business, the closure of several retail locations, and a reduction in employees.

8.     In 2015, several financial institutions that had lent funds to Motociclo formed a creditors' committee to negotiate the restructuring of the debt and to demand that Motociclo provide a guaranty.  Once the negotiations concluded, on March 29, 2016, BBVA, Banco Itaú Uruguay S.A., Banco Santander S.A., Scotiabank Uruguay S.A., Banco Bilbao Vizcaya Argentaria

Uruguay S.A., and HSBC Bank (Uruguay) S.A. (collectively, the "Banks") entered into an agreement with Motociclo (represented by the Rozenblums), by which Motociclo agreed to pay its debt to the Banks (at that time, in excess of USD32,342,587.00) and the Banks agreed to extend a USD16,220,000.00 line of credit that was guaranteed by certain mortgages on various properties owned by Motociclo. The Rozenblums subscribed that agreement in their capacity as joint and several guarantors of Motociclo's debt with the Banks.

9.      On the same date, to provide further security with respect to the line of credit, Motociclo pledged its goodwill and its rights derived from several lease agreements for the lease of certain retail stores in shopping centers in favor of the aforementioned banks. The mortgage and pledge agreements securing the line of credit represented only a fraction of the Motociclo's total liabilities.

10.     Given Motociclo's dire economic situation in 2015, Leonardo Rozenblum and Fabian Rozenblum made a capital contribution of USD15,000,000. However, the foregoing measures and the shareholders' capital contribution were not enough to turn around Motociclo's financial situation.



11.     On or about August 21, 2018, a check that Motociclo had issued to pay one of its suppliers bounced back because of insufficient funds. After that, several other checks bounced back (despite Motociclo's unsuccessful attempts to cancel the checks), which caused Motociclo to file for voluntary bankruptcy on or about August 29, 2018. Its filing for bankruptcy constituted an admission that Motociclo was unable to pay its debts to the Banks as it became due.

12.     On September 13, 2018, in the case styled "MOTOCICLO S.A. CONCURSO LEY 18387 I.U.E. 2-36285/2018," the *Juzgado Letrado de Concursos de 2 Turno* ("Uruguayan Bankruptcy Court") issued Decree 2692/2018 by which it declared that Motociclo's assets were

not sufficient to satisfy its liabilities; commenced the voluntary bankruptcy of Motociclo; and suspended the capacity of Motociclo to dispose of any assets or bind the bankruptcy estate. The Uruguayan Bankruptcy Court also appointed the Uruguayan Association of Experts ("AUPE") as liquidators, who are charged with investigating, managing, and disposing of Motociclo's assets in conformity with Article 45 of Law 18,387. A true and correct copy of Decree No. 1692/2018 is attached hereto as **Exhibit 1**.

13.     On September 25, 2018, the Uruguayan Bankruptcy Court issued Decree 2882/2018, among other things, ratifying the appointment of AUPE as liquidators, dissolving Motociclo, and ordering the removal of its administrators.

14.     Thereafter, on or about October 12, 2018, Motociclo's sole directors and shareholders, Leonardo Rozenblum and Fabian Rozenblum, filed a petition for voluntary bankruptcy before the same Uruguayan Bankruptcy Court. On May 22, 20219, the Uruguayan Bankruptcy Court issued Decree No. 1358/2019 in the case styled "ROZENBLUM LEONARDO Y OTRO – CONCURSO CIVIL I.U.E. 2-44087/2018" by which the court commenced the voluntary bankruptcy of Leonardo Rozenblum and Fabian Rozenblum and named AUPE as liquidators.



15.     In their petition for voluntary bankruptcy, Leonardo Rozenblum and Fabian Rozenblum alleged that the Motociclo's insolvency was caused, not by their poor administration but by the Banks' coordinated efforts to reduce and/or withdraw Motociclo's lines of credit.

16.     However, the Rozenblums' account of the events that triggered the insolvency of Motociclo is not credible. First, the Banks did not reduce or withdraw their lines of credit, but renegotiated a debt that Motociclo had been unable to pay. Second, the Banks' renegotiation or restructuring of the debt was the consequence, not the cause, of the Rozenblums' reckless

administration of Motociclo's business. When the Rozenblums' ambitious expansion of Motociclo's business did not generate the expected profits, the Rozenblums found no other way to continue Motociclo's activity than to transfer a disproportionate burden of risk to their creditors.

17.    The Banks, sophisticated creditors specialized in information management, were the first to observe the deterioration of Motociclo's economic situation. Far from trying to "suffocate" Motociclo, the Banks organized themselves in order to negotiate with one voice the restructuring of the financial debt, in the face of the accelerated and unstoppable deterioration of the solvency of their debtor.

18.    Further, on or about January 22, 2019, the Uruguayan tax authorities (*Departamento de Fiscalización de la División Grandes Contribuyentes de la Dirección General Impositiva*) commenced an investigation of Motociclo, which has thus far revealed an unexplained and seemingly improper loss of inventory from Motociclo's assets. As of the date of this Declaration, AUPE has not been able to obtain records or other documentation from Motociclo to justify said loss of inventory. The tax authorities even investigated whether Motociclo had reported said loss to the police, though Motociclo's employees did not have that information. Motociclo's financial manager's statements to the tax authorities suggested the possibility that the accounting irregularity with regard to the lost inventory may have been a way to ensure that certain high-ranking employees were able to collect a bonus from Motociclo.



19.    As part of the Foreign Representative's investigation, it was also discovered that between 2014 and 2015 Motociclo entered into three agreements with Ciclocuotas S.A. for an assignment of credit without recourse totaling approximately USD4,971,067.59. In each agreement, Motociclo was represented by Leonardo Rozenblum as President, and Ciclocuotas S.A. was represented by its President, Fabian Rozenblum (who was the other shareholder of Motociclo).

A large part of the credits acquired by Motociclo were categorized as "bad debt" and accounted as losses. Thus, it appears that the Rozenblums utilized Ciclocuotas to improperly extract value from Motociclo.

20.    Further, in Motociclo's financial statement presented on March 31, 2017, the company declared assets totaling UYU$2,490,441,174 (approximately US$56,919,033.03), but in its March 31, 2018 financial statement, Motociclo declared that its assets for the previous year totaled UYU$2,009,380,648 (approximately US$45,924,394.71)—a difference of approximately $10,994,638.32.

21.    In short, based on Foreign Representatives' investigation, which is ongoing, there is evidence that there was an improper diversion or extraction of value from the assets of Motociclo, which was owned and managed by the Rozenblums. Accordingly, Foreign Representatives wish to continue their investigation in the United States to (i) further investigate the circumstances that led to Motociclo's insolvency, (ii) investigate the improper diversion of assets and/or extraction of value from Motociclo, (iii) trace and recover assets belonging to the Debtors, Motociclo, Fabian Rozenblum, and Leonardo Rozenblum; and (iv) investigate potential claims against third parties in order to recover assets and/or value for the benefit of the Debtors' estates.



### Compliance with Federal Rule of Bankruptcy Procedure 1007(a)(4)

22.    Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(4), I hereby disclose the following information:

    a.    AUPE, represented by me and Gabriel Ferreira, is the duly appointed liquidator in the Motociclo Bankruptcy Proceeding and the authorized foreign representative of the Debtor;

    b.    AUPE's address is as follows:

Attn: Daniel Germán
Asociación Uruguaya de Peritos
Avenida 18 de Julio 1268 Esc. 609
Montevideo, Uruguay

For purposes of this Chapter 15 case, I respectfully request that any correspondence be sent, in addition to the address provided above to:

Attn:    Edward H. Davis, Jr.
Cristina Vicens Beard
Sequor Law, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131

c.    Motociclo is not a party to any other litigation in the United States.

d.    No provisional relief is being sought under 11 U.S.C. § 1519 against any particular entity or person at this time. However, as Motociclo's liquidator, I reserve the right to seek provisional relief as needed.

**Section 1515(c) Statement**

23.    Other than this chapter 15 Petition, I am not aware of any foreign proceedings of Motociclo, as that term is defined under section 101(23) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 23 of August, 2021

_____
Daniel Germán

Representative of AUPE, Liquidator of
Motociclo S.A., company in court-approved
liquidation.

*Exhibit 1*





# FW N° 815209

ESC. MARIA MACARENA MARTINEZ DELFINO - 14172/1

**::: DECRETO: 2692/2018**

**MONTEVIDEO, 13 de Setiembre de 2018.**

Por presentado en la representación invocada, constituidodomicilio electrónico, anotándose y a lo demás,téngase presente.

Atento a lo que resulta de autos y lo informado por el SecretarioContador de la Sede, declárase el CONCURSO VOLUNTARIO de MOTOCICLO SA,al amparo de lo establecido por la Ley N° 18.387.

Desígnase SÍNDICO a la ASOCIACIÓN URUGUAYA DEPERITOS (AUPE), suspendiéndose la legitimación de la deudora paradisponer y obligar a la masa del concurso, en virtud de que el activo no essuficiente para satisfacer el pasivo (artículo 45 inciso 2) de la Ley N°18.387), quien deberá aceptar el cargo en el término de 5días hábiles, cometiéndose.

Convócase a JUNTA DE ACREEDORES para el día 10 de abrilde 2019 a las 15.00 horas.

Concédese la moratoria provisional (artículos 56 ysiguientes de la Ley N° 18.387).

Oficiese al Registro Nacional de Actos Personales,Sección Interdicciones a los efectos de la inscripción inmediatade la Sentencia, teniendo el importe de la tasa registral el carácter decrédito de la masa y al Diario Oficial para la publicación de unextracto de la misma, de inmediato, teniendo el costo de la misma la calidad decrédito de la masa, todo en el plazo de 24 horas (artículos 20 y21 de la Ley N° 18.387), cometiéndose a la Oficina Actuaria.

Ejecutoriada, oficiese requiriéndose el envío delos procesos pendientes contra la deudora y al I.T.F. (Departamento deAsesoramiento de Procesos Concursales y Pericias Contables).

Dr. Alvaro GONZÁLEZ GONZÁLEZ - JUEZ LETRADO

**DECRETO: 2882/2018**

**MONTEVIDEO, 25 de Setiembre de 2018.**

Atento a lo solicitado en el petitorio II) de fojas 724 vto. y lodispuesto por el art. 168 de la Ley N° 18.387, decrétase laliquidación de la masa activa de MOTOCICLO SA., suspendiéndose laJunta de Acreedores convocada.

Mantiénese la suspensión de la legitimación de ladeudora para disponer y obligar a la masa del concurso, continuando elSindico nombrado, la ASOCIACIÓN URUGUAYA DE PERITOS (AUPE).

Declárase la disolución de MOTOCICLO S.A. y el cese desus administradores.

Oficiese al Registro Nacional de Actos Personales,Sección Interdicciones a los efectos de la inscripción inmediatade la Sentencia, SIN COSTO, en virtud de no existir recursos disponibles paracubrir las tasas registrales y al Diario Oficial para la publicación deun extracto de la misma, de inmediato, SIN COSTO, por no existir recursossuficientes para su realización, todo en el plazo de 24 horas(artículos 20 y 21 de la Ley N° 18.387), cometiéndose a laOficina Actuaria.

Con testimonio de la solicitud de declaración del concurso, losdocumentos adjuntos, la Sentencia que lo hubiera declarado y de la presenteresolución fórmese pieza por Incidente deCalificación.

Presente la Sindicatura informe justificativo en los términos delo dispuesto por el artículo 174 de la Ley N° 18.387 en el plazo de 10días.

**Dr. Alvaro GONZÁLEZ GONZÁLEZ - JUEZ LETRADO**

  PAPEL NOTARIAL DE JUSTICIA 

**FW N° 815211**

ESC. MARIA MACARENA MARTINEZ DELFINO - 14172/1

::: DECRETO: 315/2020

MONTEVIDEO, 17 de Febrero de 2020.

Decrétase la liquidación de la masa activa deFABIÁN ROZENBLUM GOREL.
Mantiénese la suspensión de lalegitimación del deudor para disponer y obligar a la masa del concurso,continuando el Síndico nombrado la ASOCIACIÓN URUGUAYA DE PERITOS(AUPE).
Oficiese al Registro Nacional de Actos Personales,Sección Interdicciones a los efectos de la inscripción inmediatade la Sentencia, SIN COSTO, en virtud de no existir recursos disponibles paracubrir las tasas registrales y al Diario Oficial para la publicación deun extracto de la misma, de inmediato, SIN COSTO, por no existir recursossuficientes para su realización, todo en el plazo de 24 horas(artículos 20 y 21 de la Ley N° 18.387), cometiéndose a laOficina Actuaria.
Con testimonio de la solicitud de declaración delconcurso, los documentos adjuntos, la Sentencia que lo hubiera declarado y dela presente resolución fórmese pieza por Incidente deCalificación.
Presente la Sindicatura informe justificativo en lostérminos de lo dispuesto por el artículo 174 de la Ley N° 18.387en el plazo de 10 días.

Dr.Alvaro González González - JUEZ LETRADO




PAPEL NOTARIAL DE ACTUACIÓN

**Fw Nº 815214**

ESC. MARIA MACARENA MARTINEZ DELFINO - 14172/1

**CONCUERDA BIEN Y FIELMENTE**, lo reproducido con los documentos originales que tengo a la vista con el cual los compulsé en todas sus partes. **EN FE DE ELLO**, a solicitud de parte interesada y para su presentación ante oficinas Públicas y/o Privadas que corresponda, expido el presente en Papel Notarial de Actuación serie Fw número 815209, 815211 y 815214, que sello, signo y firmo en Montevideo el seis de mayo de dos mil veintiuno.



Mª MACARENA MARTINEZ
ESCRIBANA







T. Nº 22,706

"SUGAR"
TRANSLATOR'S OFFICE
563 CERRITO St. - Telefax: (0598-2) 915 94 47
MONTEVIDEO
e-mail: ofisugar@gmail.com

17th May, 2021

"B U G A R"
TRANSLATOR'S OFFICE
663 CERRITO St. - Tele/fax (0598 2) 915 94 47
M O N T E V I D E O
e-mail: ofisugar@gmail.com

1

Translation Number 22,706.--------- D E C R E E ----------
----- (On the upper margin): - Coat of Arms of Uruguay.---------
----- Imprinted Notarial Seal.- Official Notarial Papers of the
Series Fw Numbers 815209, 815211 and 815214 of the Notary
Public Maria Macarena Martinez Delfino – 14172/1.------------
----- (In the text):-------------------------------------------------
----- **DECREE: 2692/2018.**------------------------------------
----- MONTEVIDEO, 13th September, 2018.---------------------
----- Considered as submitted under the representation having
been invoked, constituted electronic domicile, being written
down and for the further, be taken into account.-----------------
----- Whereas to what appears from the docket and what has
been informed by the Accountant-Secretary of the Court, it is
declared the VOLUNTARY INSOLVENCY PROCEEDING of
**MOTOCICLO S.A.**, under what is set forth by Law
N°18,387.------------------------------------------------------------
----- It is appointed as **SYNDIC** the **ASOCIACIÓN**
**URUGUAYA DE PERITOS (AUPE)** (= Experts Uruguayan
Association), suspending the legitimation of the debtors in
order to dispose and oblige the assets of the proceeding of
insolvency, since the assets are not sufficient in order to
satisfy the liabilities (Article 45, Paragraph 2) of Law
N°18,387), who must accept the position in a 5 workdays'
term, being ordered.-------------------------------------------------

Cerrito 563, esc.001 - Montevideo 11000, URUGUAY
Teléfono 2915.94.47 - ofisugar@gmail.com - trasugar@gmail.com

2

----- The CREDITORS BOARD is called for the 10th day of April, 2019, at 15:00 o'clock.-------------------------------

----- It is granted a provisional delay (Articles 56 and following ones of Law N°18,387).-------------------------------

----- Please do notify the National Registry of Personal Acts, Interdictions Section, for the purpose of the immediate recording of the Judgment, taking into account the Registrar Fees as a credit of the assets and to the Official Gazette, for the publication of an abstract of same, immediately, taking into account the cost of same as a credit of the assets, all in a 24 hours' term (Articles 20 and 21 of Law N°18,387), ordering the Clerks' Office.-------------------------------

----- Upon confirmed, please do send it requiring the sending of pending procedures against the debtors and to the I.T.F. (Insolvency Procedures and Accounting Audits Advising Department).-------------------------------

----- Dr. Alvaro GONZÁLEZ GONZÁLEZ – JUDGE.------------
-------------------------------

----- **DECREE: 2882/2018**.-------------------------------

----- MONTEVIDEO, 25th September, 2018.----------------------

----- According to what has been applied in the petition II) on folios 724 rev., and to what is set forth by Art. 168 of Law N°18,387, it is decreed the liquidation of the active assets of

3

**MOTOCICLO S.A.**, suspending the Creditors Board having been called.------------------------------------------------------------
----- It is maintained the suspension of the legitimation of the debtor to dispose and oblige the assets of the Insolvency Proceeding, continuing the appointed Syndic, the ASOCIACIÓN URUGUAYA DE PERITOS (AUPE).-------------
----- It is declared the dissolution of **MOTOCICLO S.A.** and the cessation of its administrators.---------------------------------
----- Please do notify the National Registry of Personal Acts, Interdictions Section, for the purpose of the immediate recording of the Judgment, WITHOUT COST, since there are no recourses available to cover the Register Fees and to the Official Gazette, for the publication of an abstract of same, immediately, WITHOUT COST, since there are no recourses available for its performing, all in a 24 hours' term (Articles 20 and 21 of Law N°18,387), ordering the Clerks' Office.------
----- With the certificate of the application for the declaration of the Insolvency Proceeding, the attached documents, the Judgment that it would be declared it and this resolution, please do form a piece for the Qualification Incident.-----------
----- Please the Syndic shall submit a justifying report under the terms of what is set forth by Article 174 of Law N°18,387, in a 10 days' term.----------------------------------------------
----- Dr. Alvaro GONZÁLEZ GONZÁLEZ – JUDGE.------------

Cerrito 563, esc.001 - Montevideo 11000, URUGUAY
Teléfono 2915.94.47 - ofisugar@gmail.com - trasugar@gmail.com

4

----- DECREE: 315/2020.-----------------------------

----- MONTEVIDEO, 17th February, 2020.-----------------

----- It is decreed the liquidation of the active assets of FABIÁN ROZENBLUM GOREL.-------------------------------

----- It is maintained the suspension of the legitimation of the debtor to dispose and oblige the assets of the Insolvency Proceeding, continuing the appointed Syndic, the ASOCIACIÓN URUGUAYA DE PERITOS (AUPE).------------

----- Please do notify the National Registry of Personal Acts, Interdictions Section, for the purpose of the immediate recording of the Judgment, WITHOUT COST, since there are no recourses available to cover the Register Fees and to the Official Gazette, for the publication of an abstract of same, immediately, WITHOUT COST, since there are no recourses available for its performing, all in a 24 hours' term (Articles 20 and 21 of Law N°18,387), ordering the Clerks' Office.------

----- With the certificate of the application for the declaration of the Insolvency Proceeding, the attached documents, the Judgment that it would be declared it and this resolution, please do form a piece for the Qualification Incident.-----------

----- Please the Syndic shall submit a justifying report under the terms of what is set forth by Article 174 of Law N°18,387, in a 10 days' term.-------------------------------------------

----- Dr. Alvaro GONZÁLEZ GONZÁLEZ – JUDGE.------------

Cerrito 563, esc.001 - Montevideo 11000, URUGUAY
Teléfono 2915.94.47 - ofisugar@gmail.com - trasugar@gmail.com

5

----- THIS IS TRUE AND WELL CONCORDANT of what has been reproduced with the original documents that I have before me and wherewith a compared same in all its parts.----- ----- IN WITNESS WHEREOF, and at request of the concerned person and for its submitting before Public and/or Private Offices it may correspond, I issue these presents in the Notarial Papers of the Series Fw numbers 815209, 815211 and 815214, that I seal, mark and sign in the city of Montevideo, on sixth May, two thousand and twenty-one.--------------------- ----- (There is a Notarial Flourish).- (Signed by) illegible signature, Maria Macarena Martinez, Notary Public.- (Fees paid).------------------------------------------------------------------ ------------------------------------------------------------------ ------------------------------------------------------------------

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I, THE UNDERSIGNED, PUBLIC TRANSLATOR, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSLATION OF THE ATTACHED DOCUMENT, DRAWN UP IN THE SPANISH LANGUAGE.- ----- Montevideo, 17th May, 2021.--------------------------------

JORGE MILAN
PUBLIC TRANSLATOR